IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY SAUL ROSALES,

    Petitioner,               No. 2: 10-cv-2958 MCE  KJN P

    vs.

GARY SWARTHOUT,

    Respondent.           ORDER

_____/

    The parties have filed a joint stipulation requesting that this action be stayed. Good cause appearing, IT IS HEREBY ORDERED that this matter is stayed pending resolution of petitioner's state habeas challenge to the 2008 and 2009 Board of Parole Hearings decisions denying parole. Petitioner is directed to notify the court within ten days of the resolution of that challenge.

DATED: December 9, 2010

                              /s/ Kendall J. Newman
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

ros2958.sta