IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY SAUL ROSALES,

    Petitioner,                    No. 2: 10-cv-2958 MCE KJN P

    vs.

GARY SWARTHOUT,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the February 26, 2008 and November 4, 2009 decisions by the California Board of Parole Hearings finding petitioner unsuitable for parole.

        On December 10, 2010, this action was stayed pending resolution of petitioner's state habeas petitions. Petitioner was directed to notify the court within ten days of the resolution of his state court proceedings. On August 20, 2011, petitioner filed a status report stating that his state actions are resolved. However, on July 18, 2011, he was granted parole. The Governor has until December 18, 2011 in which to review this decision.

        In the interest of judicial economy, this action will remain stayed until December 23, 2011. On or before that date, petitioner shall inform the court of the decision of the

1

1 Governor.  If the Governor reverses the decision of the Board of Parole Hearings, this action will
2 be reopened.
3       Accordingly, IT IS HEREBY ORDERED that on or before December 23, 2011
4 petitioner shall file a further status report.
5 DATED:  September 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ros2958.ros